

**The relief described hereinbelow is SO ORDERED.**

**Signed September 10, 2018.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| | § | 18-60527 |
| LITTLE RIVER HEALTHCARE | § | Case No. 18-60526-rbk |
| HOLDINGS, LLC, *et al.* | § § | |
| Debtors.[1] | § | (Jointly Administered) |

### ORDER AUTHORIZING THE REDACTION OF CERTAIN
### CONFIDENTIAL INFORMATION IN
### THE DEBTORS' SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Upon consideration of the motion (the "*Motion*")[2] for entry of an order (this "*Order*") filed by the above-captioned Debtors; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to sections 105(a), 107(b), and 107(c) of the Bankruptcy Code and Bankruptcy Rules 9018 and 9037; and the Court having

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Compass Pointe Holdings, LLC (1142), Little River Healthcare Holdings, LLC (7956), Timberlands Healthcare, LLC (1890), King's Daughters Pharmacy, LLC (7097), Rockdale Blackhawk, LLC (0791), Little River Healthcare - Physicians of King's Daughters, LLC (5264), Cantera Way Ventures, LLC (7815), and Little River Healthcare Management, LLC (6688). The Debtors' mailing address is 1700 Brazos Ave, Rockdale, TX 76567.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion as set forth therein is sufficient under the circumstances; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

IT IS THEREFORE ORDERED

1. The Motion is granted as set forth herein.

2. The Debtors are hereby authorized to (i) redact the Individual Addresses from the Schedules and SOFAs, (ii) redact the Salary and Bonus Amounts from the Schedules and SOFAs, (iii) file the redacted Schedules and SOFAs with the Court, (iv) serve a copy of the redacted Schedules and SOFAs in accordance with customary noticing procedures implemented in the Chapter 11 Cases.  The Debtors shall provide unredacted versions of the Schedules and SOFAs to the Court, counsel to the Committee, counsel to Monroe Capital Management Advisors, LLC, as administrative agent under the Debtors' pre- and post-petition credit facilities, and counsel to the United States Trustee, in each case on a confidential basis.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

Prepared and submitted by:

WALLER LANSDEN DORTCH & DAVIS, LLP
Morris D. Weiss
Texas Bar No. 21110850
100 Congress Ave., Suite 1800
Austin, Texas 78701
Telephone: (512) 685-6400
Facsimile: (512) 685-6417
Email: morris.weiss@wallerlaw.com

PROPOSED COUNSEL FOR THE DEBTORS IN POSSESSION

4826-3962-7889.3